UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 8:11-165-T-30TGW

SEAN THOMAS WHEELER

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant SEAN THOMAS WHEELER, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant SEAN THOMAS WHEELER in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant SEAN THOMAS WHEELER.

Dated: 13 June 2011

JAMES S. MOODY, JR.
United States District Judge